UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| CHAD MARTIN HELDT, | * | CIV 13-3023 -RAL |
| CHRISTI W. JONES, | * | |
| SONJA CURTIS, | * | |
| and CHERYL A. MARTIN, | * | |
| Individually and on behalf of all similarly | * | ORDER DENYING |
| situated individuals | * | FIRST MOTION TO DISMISS |
| | * | AS MOOT |
| Plaintiffs, | * | |
| | * | |
| vs. | * | |
| | * | |
| PAYDAY FINANCIAL, LLC, d/b/a Lakota | * | |
| Cash and Big Sky Cash; WESTERN SKY | * | |
| FINANCIAL, LLC, d/b/a Western Sky | * | |
| Funding and Western Sky and | * | |
| Westernsky.com; MARTIN A. WEBB, | * | |
| a/k/a "Butch," and CASHCALL, INC., | * | |
| | * | |
| Defendants. | * | |
| | * | |

This Court has turned its attention at long last to this case and feels it appropriate to apologize to the parties and counsel for the delay. The oldest pending motion is Defendants' Motion to Dismiss, Doc. 22. After Defendants filed that motion, Plaintiffs filed an Amended Complaint, Doc. 30, prompting Defendants then to file Defendants' Motion to Dismiss Amended Complaint, Doc. 34. The first filed motion to dismiss thereby is rendered moot and may be denied as such. For good cause, it is hereby

ORDERED that Defendants' Motion to Dismiss, Doc. 22, is denied as moot in light of the filing of the Amended Complaint and the subsequent Defendants' Motion to Dismiss Amended Complaint.

Dated February 25, 2014.

BY THE COURT:

/s/ *Roberto A. Lange*
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE