UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

---

CHAD MARTIN HELDT, CHRISTI W. JONES, SONJA CURTIS, and CHERYL A. MARTIN, individually and on behalf of all similarly situated individuals,

    Plaintiffs,

v.

PAYDAY FINANCIAL, LLC, d/b/a Lakota Cash and Big Sky Cash; WESTERN SKY FINANCIAL, LLC, d/b/a Western Sky Funding, Western Sky, and Westernsky.com; CASHCALL, INC; and WS FUNDING, LLC,

    Defendants.

---

Case No. 3:13-cv-3023-RAL

Hon. Roberto A. Lange

## NOTICE OF HEARING ON JOINT MOTION TO LIFT STAY AND FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND MEMORANDUM OF POINTS AND AUTHORITIES

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure Rule 23, the undersigned, on behalf of Plaintiffs Chad Martin Heldt, Christi W. Jones, Sonja Curtis, and Cheryl A. Martin, will move the Court for an order granting Joint Motion for Preliminary Settlement Approval, at hearing before the Honorable Roberto Lange, District Judge of the United States District Court for the District of South Dakota, Central Division, and the United States Courthouse, 225 South Pierre Street, Pierre, South

Dakota, on Friday, November 20, 2015 at 1:30 p.m., or as soon thereafter as counsel can be heard.

Dated: November 4, 2015

Respectfully submitted,

/s/_____
Patrick R. Burns
Burns Law Firm, PLLC
Attorney for Plaintiffs Chad Martin Heldt,
Christi W. Jones, Sonja Curtis, and Cheryl
A. Martin, individually and on behalf
of all similarly situated individuals

/s/Shawn Wanta_____
Shawn J. Wanta
BAILLON THOME JOZWIAK & WANTA LLP
Attorney for Plaintiffs Chad Martin Heldt,
Christi W. Jones, Sonja Curtis, and Cheryl
A. Martin, individually and on behalf
of all similarly situated individuals

/s/_____
Thomas J. Nolan (*pro hac vice* pending)
Joseph L. Barloon (*pro hac vice* pending)
Austin K. Brown (*pro hac vice* pending)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Attorneys for Defendants CashCall, Inc. and WS Funding, LLC

/s/_____
Brian J. Fischer
JENNER & BLOCK
Attorney for Defendants

/s/_____
Cheryl Laurenz-Bogue
BOGUE & BOGUE
Attorney for Defendants