UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| CHAD MARTIN HELDT, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS; CHRISTI W. JONES, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS; SONJA CURTIS, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS; AND CHERYL A. MARTIN, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS, <br><br> Plaintiffs, <br><br> vs. <br><br> PAYDAY FINANCIAL, LLC, WESTERN SKY FINANCIAL, LLC, CASHCALL, INC., A CALIFORNIA CORPORATION; AND WS FUNDING, LLC, A WHOLLY OWNED SUBSIDIARY OF CASHCALL, INC., <br><br> Defendants. | 3:13-CV-03023-RAL <br><br><br><br> ORDER SETTING HEARING |

On November 4, 2015, the parties filed a Joint Motion for Settlement to Lift Stay and for Preliminary Approval of Class Settlement, Doc. 64, along with a Notice of Hearing, Doc. 65, requesting a hearing before this Court. For good cause it is hereby

ORDERED that a hearing is set for **Friday, November 20, 2015, at 1:30 p.m. CST**, in the Federal Courtroom 3 of the United States Courthouse, in Sioux Falls, South Dakota.

DATED this 5th day of November, 2015.

BY THE COURT:

*Roberto A. Lange*

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE