Americans for Financial Reform
Arkansans Against Abusive Payday Lending
Center for Economic Integrity
Center for Responsible Lending
Consumer Action
Consumer Federation of America
Florida Alliance
Georgetown University Law Center
Georgia Watch
Jacksonville Area Legal Aid, Inc.
National Association of Consumer Advocates
National Association of Consumer Bankruptcy Attorneys
National Consumer Law Center (on behalf of its low income clients)
North Carolina Justice Center
Notre Dame Law School
Public Justice Center
Tennessee Citizen Action
Texas Appleseed
U.S. PIRG
Woodstock Institute
Virginia Poverty Law Center

November 17, 2015

By email to: Leslie_Hicks@sdd.uscourts.gov
The Honorable Roberto Lange
United States District Judge
United States Post Office & Courthouse
225 South Pierre Street
Pierre, SD 57501

  Re:  Heldt et al.  v. Payday Financial et. Al Case No. 3:13-cv-3023-RAL

Dear Judge Lange:

It has come to the attention of the undersigned consumer, civil rights and community organizations that a proposed nationwide class action settlement has been filed in this Court and is set for a hearing on preliminary approval before Your Honor on November 20, 2015.  We understand that the settlement purports to release consumer-protection claims nationwide arising out of CashCall and Western Sky's internet payday lending activities, including claims represented in actions pending in other states and even claims that have already been settled in other cases.

Our organizations have worked for years to address the significant consumer harm resulting from internet payday lending activities, including the actions of CashCall and Western Sky.  We are deeply concerned that the proposed settlement may directly and adversely and improperly

The Honorable Roberto Lange
November 17, 2015
Page 2

implicate pending enforcement actions and private cases throughout country. Also of concern is the impact of the Settlement on existing agreements and orders from cases that have resolved.

Accordingly, we respectfully request that Your Honor continue the hearing on preliminary approval by at least 60 days to permit our organizations, as well as federal and state regulatory and enforcement authorities, to adequately review the proposed settlement and determine what response is appropriate. By simply postponing the preliminary approval of this Settlement, the Court would eliminate the substantial risk of confusion to impacted consumers receiving notice of this Settlement where this and so many other stakeholders anticipate important fairness concerns.

Sincerely,

Lisa Donner, Executive Director
Americans for Financial Reform
1629 K Street, NW
Washington DC 20006
(202) 466-0090

H. C. "Hank" Klein, Founder
Arkansans Against Abusive Payday Lending
7116 Sarrasin Street – NEW ADDRESS
Sherwood, AR  72120-5125
(501) 256-7474

Kelly Griffith, Executive Director
Center for Economic Integrity
509 East Radburn Street
Tucson Arizona 85704
(520) 250-4416

Diane Standaert, Director of State Policy
Center for Responsible Lending
302 West Main Street
Durham, NC 27701
(919) 313-8500

Ruth Susswein
Deputy Director, National Priorities
Consumer Action
P.O. Box 70037
Washington, DC 20024
(301) 718-2511

The Honorable Roberto Lange
November 17, 2015
Page 3

Tom Feltner, Director of Financial Services
Consumer Federation of America
1620 Eye Street, NW, Suite 200
Washington, DC 20006
(202) 618-0310

Alice Vickers, Director
Florida Alliance
623 Beard Street
Tallahassee, FL  32303
(850) 556-3121

Gary Peller, Professor of Law
Georgetown University Law Center
600 New Jersey Avenue, NW
Washington, DC 20001
(202) 662-9122

Liz Coyle, Executive Director
Georgia Watch
55 Marietta Street, NW, Suite 903
Atlanta, GA 30303
404-525-1085

Lynn Drysdale
Jacksonville Area Legal Aid, Inc.
126 West Adams Street
Jacksonville, Florida 32202
(904) 356-8371, Ext. 306

Christine Hines, Legislative Director
National Association of Consumer Advocates
1215 17th Street, NW
Washington, DC 20036
(202) 452-1989

Edward Boltz, President
National Association of Consumer Bankruptcy Attorneys
2200 Pennsylvania Avenue, NW, 4th Floor
Washington, DC 20037
(800) 499-9040

The Honorable Roberto Lange
November 17, 2015
Page 4

Lauren Saunders, Associate Director
National Consumer Law Center
1001 Connecticut Avenue, NW, Suite 510
Washington, DC 20036
(202) 595-7845

Alfred Ripley, Director of Consumer and Housing Affairs
North Carolina Justice Center
PO Box 28068
224 S. Dawson Street
Raleigh, NC 27611-8068
(919) 856-2573

Judith Fox, Economic Justice Project
Notre Dame Law School
725 Howard Street
South Bend, Indiana 46617
(574)631-7795

Legal Director
Public Justice Center
1 N Charles Street, Suite 200
Baltimore, MD 21201-3710
410 625 9409 x228

Andy Spears, Executive Director
Tennessee Citizen Action
50 Vantage Way, Suite 250
Nashville, TN 37228
615-815-4544

Ann Baddour
Director, Fair Financial Services Program
Texas Appleseed
1609 Shoal Creek Blvd, Suite 201
Austin, TX  78701
(512) 473-2800 x104

Ed Mierzwinski, Consumer Program Director
U.S. PIRG & U.S. PIRG Education Fund
218 D Street, SE
Washington, DC 20003
Direct 202-461-3821

The Honorable Roberto Lange
November 17, 2015
Page 5

Dory Rand, President
Woodstock Institute
29 East Madison, Suite 1710
Chicago, Illinois 60602-4566
(312) 368-0310

James W. Speer, Executive Director
Virginia Poverty Law Center
919 East Main Street, Suite 610
Richmond, VA 23219
804-782-9430 x12