IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| CHAD MARTIN HELDT, CHRISTI W. JONES, SONJA CURTIS, and CHERYL A. MARTIN, individually and on behalf of all similarly situated individuals | * * * * * | |
| *Plaintiffs*, | * * | |
| v. | * * | Case 3:13-cv-3023-RAL |
| PAYDAY FINANCIAL, LLC, d/b/a Lakota Cash and Big Sky Cash; WESTERN SKY FINANCIAL, LLC, d/b/a Western Sky Funding, Western Sky, and Westernsky.com; CASHCALL, INC; and WS FUNDING, LLC, | * * * * * * * | |
| *Defendants*. | * | |

**Proposed Intervenors' Motion to Intervene to
Object to the Proposed Settlement and to
Continue the Preliminary-Approval Hearing by 90 days**

Proposed Intervenors Thomas Brown, Monica Johnson, Melinda Long, Renee Holmes, Kevin Hayes, Leslie Jan Lydon, Elizabeth Jackson, Abraham Inetianbor, James Binkowski, Deborah Jackson, Linda Gonnella, Jeffrey Moore, Lisa Walker, and Joshua Parnell hereby move to intervene to object to the proposed settlement. In addition, Proposed Intervenors move to continue the preliminary-approval hearing for ninety (90) days. For the reasons set forth in the accompanying memorandum, Proposed Intervenors respectfully request that the Court grant their motion to intervene in this matter.

Respectfully submitted,

*/s/ Judith K. Zeigler*
_____
Judith K. Zeigler

JUDITH K. ZEIGLER LAW, PC
P.O. Box 1448
Sioux Falls, SD 57101-1448
(605) 222-8649 (telephone)
(888) 231-0577 (facsimile)
judy@jkzlaw.com

Matthew W.H. Wessler*
Deepak Gupta*
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-7792 (facsimile)
(202) 888-1741 (telephone)

Mona L. Wallace
John S. Hughes
WALLACE & GRAHAM, P.A.
525 N. Main Street
Salisbury, NC 28144
(704) 633-5244
mwallace@wallacegraham.com
jhughes@wallacegraham.com
*Counsel for Thomas Brown, Monica Johnson, Melinda Long, Renee Holmes, Kevin Hayes, Leslie Jan Lydon and Elizabeth Jackson (North Carolina)*
*Counsel for Abraham Inetianbor (Florida)*

Janet R. Varnell
VARNELL & WARWICK, P.A.
P.O. Box 1870
The Villages, FL 32158
(352) 753-8600
jvarnell@varnellandwarwick.com
*Counsel for Abraham Inetianbor (Florida)*

Daniel A. Edelman
James O. Latturner
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
*Counsel for James Binkowski, Deborah Jackson, and Linda Gonnella (Illinois)*

Robert R. Sparks
STRAUSS TROY CO., LPA
150 East Fourth St.
Cincinnati, OH 45202
(513) 629-9417
rrsparks@strausstroy.com
*Counsel for Jeffrey Moore (Kentucky)*

Matthew T. Sanning
224 Main St.
Augusta, KY 41002
mattsanning@windstream.net
*Counsel for Jeffrey Moore (Kentucky)*

Nathan DeLadurantey
Heidi N. Miller
DELADURANTEY LAW OFFICE LLC
735 W. Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0518
nathan@dela-law.com
*Counsel for Lisa Walker (Wisconsin)*

Thomas J. Lyons, Jr.
CONSUMER JUSTICE CENTER, P.A.
367 Commerce Court
Vadnais Heights, MN 55127
(651) 770-9707
Tommycjc@aol.com
*Counsel for Lisa Walker (Wisconsin)*

James Hurt
HURT STOLZ, P.C.
345 West Hancock Avenue
Athens, GA 30601
(706) 395-2750
jhurt@hurtstolz.com
*Counsel for Joshua Parnell (Georgia)*

Chris Armor
ARMOR LAW, LLC
160 Clairemont Ave., Suite 200
Decatur, GA 30030
(678) 690-8489
chris.armor@armorlaw.com
*Counsel for Joshua Parnell (Georgia)*

Dated: November 18, 2015

*Counsel for Proposed Intervenors*

\* *Pro hac vice* admission pending