UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| CHAD MARTIN HELDT, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS; CHRISTI W. JONES, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS; SONJA CURTIS, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS; AND CHERYL A. MARTIN, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS, <br><br> Plaintiffs, <br><br> vs. <br><br> PAYDAY FINANCIAL, LLC, WESTERN SKY FINANCIAL, LLC, CASHCALL, INC., A CALIFORNIA CORPORATION; AND WS FUNDING, LLC, A WHOLLY OWNED SUBSIDIARY OF CASHCALL, INC., <br><br> Defendants. | 3:13-CV-03023-RAL <br><br><br> ORDER SETTING HEARING |

On November 4, 2015, the parties filed a Joint Motion for Settlement to Lift Stay and for Preliminary Approval of Class Settlement, Doc. 64, along with a Notice of Hearing, requesting a hearing before this Court. This Court set a hearing for November 20, 2015, which was postponed due to the Court's receipt of numerous objections and requests to postpone the hearing. For good cause, it is hereby

1

ORDERED that the hearing is rescheduled to occur on **Friday, December 18, 2015**, at **1:30 p.m. CST**, in the Federal Courtroom of the United States Courthouse in Sioux Falls, South Dakota.

DATED this 1st day of December, 2015.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE