**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION**

| | | |
|---|---|---|
| CHAD MARTIN HELDT, CHRISTI W. JONES, SONJA CURTIS, and CHERYL A. MARTIN, individually and on behalf of all similarly situated individuals *Plaintiffs*, | * * * * * * * | |
| v. | * * | Case 3:13-cv-3023-RAL |
| PAYDAY FINANCIAL, LLC, d/b/a Lakota Cash and Big Sky Cash; WESTERN SKY FINANCIAL, LLC, d/b/a Western Sky Funding, Western Sky, and Westernsky.com; CASHCALL, INC; and WS FUNDING, LLC, *Defendants*. | * * * * * * * * | **Set for Hearing: Dec. 18, 2015** |

**Proposed Intervenors' Amended Motion to Intervene to
Object to Preliminary Approval of the Proposed Settlement and
Notice of Intent to Appear at Hearing**

Proposed Intervenors Thomas Brown, Monica Johnson, Melinda Long, Debera Grant, Renee Holmes, Kevin Hayes, James Hayes, Leslie Jan Lydon, Elizabeth Jackson, Abraham Inetianbor, James Binkowski, Jeffrey Moore, Lisa Walker, and Herbert White hereby move to intervene for the purpose of objecting to preliminary approval and participating in any future proceedings with respect to the proposed settlement. For the reasons set forth in their memorandum, Proposed Intervenors respectfully request that the Court grant their motion to intervene, and entertain their objections to preliminary approval of the settlement. Proposed Intervenors hereby give notice that they intend to appear at the preliminary-approval hearing currently set for December 18, 2015, to present their objections to preliminary approval of the proposed settlement.

Respectfully submitted,

*/s/ Judith K. Zeigler*

------------------------------------

Judith K. Zeigler
JUDITH K. ZEIGLER LAW, PC
P.O. Box 1448
Sioux Falls, SD 57101-1448
(605) 222-8649 (telephone)
(888) 231-0577 (facsimile)
judy@jkzlaw.com

Matthew W.H. Wessler*
Deepak Gupta*
Neil K. Sawhney
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
(202) 888-1741 (telephone)
(202) 888-7792 (facsimile)
matt@guptawessler.com
deepak@guptawessler.com
neil@guptawessler.com

Mona L. Wallace
John S. Hughes
WALLACE & GRAHAM, P.A.
525 N. Main Street
Salisbury, NC  28144
(704) 633-5244
mwallace@wallacegraham.com
jhughes@wallacegraham.com
*Counsel for Thomas Brown, Monica Johnson,*
*Melinda Long, Renee Holmes, Kevin Hayes, Leslie*
*Jan Lydon and Elizabeth Jackson (North Carolina)*
*Counsel for Abraham Inetianbor (Florida)*

Janet R. Varnell
VARNELL & WARWICK, P.A.
P.O. Box 1870
The Villages, FL 32158
(352) 753-8600
jvarnell@varnellandwarwick.com
*Counsel for Abraham Inetianbor (Florida)*

Daniel A. Edelman
James O. Latturner

Tara L. Goodwin
EDELMAN, COMBS, LATTURNER &
GOOWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
*Counsel for James Binkowski (Illinois)*

Leonard A. Bennett
Susan M. Rotkis
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606
(757) 930-3660
*Counsel for James Hayes, Debera Grant, and Herbert White (Virginia)*

James W. Speer
VIRGINIA POVERTY LAW CENTER
919 E. Main Street, Suite 610
Richmond, VA 23219
(804) 782-9430
*Counsel for James Hayes, Debera Grant, and Herbert White (Virginia)*

Robert R. Sparks
STRAUSS TROY CO., LPA
150 East Fourth St.
Cincinnati, OH 45202
(513) 629-9417
rrsparks@strausstroy.com
*Counsel for Jeffrey Moore (Kentucky)*

Matthew T. Sanning
224 Main Street
Augusta, KY 41002
mattsanning@windstream.net
*Counsel for Jeffrey Moore (Kentucky)*

Nathan DeLadurantey
Heidi N. Miller
DELADURANTEY LAW OFFICE LLC
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI 53233
(414) 377-0518
nathan@dela-law.com
*Counsel for Lisa Walker (Wisconsin)*

                                                 Thomas J. Lyons, Jr.
                                                 CONSUMER JUSTICE CENTER, P.A.
                                                 367 Commerce Court
                                                 Vadnais Heights, MN 55127
                                                 (651) 770-9707
                                                 tommycjc@aol.com

                                                 *Counsel for Proposed Intervenors*

Dated: December 7, 2015                * Admitted *pro hac vice*