**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**CENTRAL DIVISION**

Roberto A. Lange United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SLW | Court Reporter – Jill Connelly |
| Courtroom - SF #1 | Date – December 18, 2015 |

CIV13-3023

| | |
|---|---|
| Chad Martin Heldt, Sonja Curtis, Cheryl A. Martin | Patrick Burns, Joni Thome, Christopher Jozwiak, Shawn Wanta |
| Christi W. Jones | Ryan Kolbeck |
| Plaintiffs, | |
| vs. | |
| Payday Financial, LLC *d/b/a Lakota Cash d/b/a Big Sky Cash*, Western Sky Financial, LLC *d/b/a Western Sky Funding d/b/a Western Sky d/b/a Westernsky.com*, | Brian Fischer |
| | Joseph Barloon, Austin Brown, Thomas Nolan, Brian Fischer |
| Cashcall, Inc., WS Funding, LLC | |
| Defendants, | |
| Thomas Brown, Monica Johnson, Melinda Long, Renee Holmes, Kevin Hayes, Leslie Jon Lydon, Elizabeth Jackson, Abraham Inetianbor, James Binkowski, Jeffrey Moore, Lisa Walker, Debera Grant, James Hayes, Herbert White | Matthew W.H. Wessler, Judy Zeigler |
| Intervenors | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:
1:31 p.m.   Enter motion hearing before the Honorable Roberto A. Lange, United States District Judge. The Court notes plaintiffs appearance for the record. Counsel for defendant note their appearance.

                Joint Motion for Settlement to Lift Stay and for Preliminary Approval of Class Settlement (Doc 64):   The Court grants the motion to lift stay. The Court states a brief history of this case.

                Argument by Attorney Wanta. Argument by Attorney Kolbeck. Argument by Attorney Thome.  Argument by Attorney Nolan.  Statement by Attorney Barloon.

3:01 p.m.      Court in recess for 10 minutes.

3:15 p.m.      Hearing resumes.

                The Court questions counsel.  Attorneys Barloon, Wanta, and Nolan respond.

                Argument by Attorney Wessler.  Argument by Attorney Barloon. Argument by Attorney Wanta. Argument by Attorney Fischer.

                The Court is not granting at this time the motion for preliminary approval of class settlement and states its reasons therefore.  Parties may submit additional information.

4:32 p.m.      Court in recess.