UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHAD MARTIN HELDT, CHRISTI W. JONES, SONJA CURTIS, and CHERYL A. MARTIN, individually and on behalf of all similarly situated individuals, :

       Plaintiffs, :

       v. :

PAYDAY FINANCIAL, LLC, d/b/a Lakota Cash and Big Sky Cash; WESTERN SKY FINANCIAL, LLC, d/b/a Western Sky Funding, Western Sky, and Westernsky.com; CASHCALL, INC; and WS FUNDING, LLC, :

       Defendants. :

       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 3:13-cv-3023-RAL

Hon. Roberto A. Lange

## STIPULATION OF DISMISSAL

NOW COME Plaintiff Christi W. Jones and the Defendants, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of plaintiff's individual claims against defendants with prejudice, and with each party bearing its own costs.

Dated: May 6, 2016                                       Respectfully Submitted,

**PLAINTIFF**                                            **DEFENDANTS**

 /s/ Ryan J. Kolbeck                                      /s/ Cheryl Laurenz-Bogue
Ryan J. Kolbeck                                          Cheryl Laurenz-Bogue
WALTNER, KOLBECK, SCHARFFENBERG,                         BOGUE & BOGUE
 OLSON & WALTON                                          P.O. Box 50
315 North Main, #200                                     Faith, SD 57526
Sioux Falls, SD 57104                                    (605) 976-2529
(605) 498-0120

*Attorney for Payday Financial, LLC,*
Martin Woodward                                          *Western Sky Financial, LLC, CashCall,*
STANLEY LAW GROUP                                        *Inc., and WS Funding, LLC*
6116 N. Central Expressway, Suite 1500
Dallas, TX 75206                                         Joseph L. Barloon
(214) 443-4301                                           Austin K. Brown
                                                         SKADDEN, ARPS, SLATE, MEAGHER
*Attorneys for Plaintiff Christi W. Jones*                 & FLOM LLP
                                                         1440 New York Avenue, NW
                                                         Washington, DC 20005
                                                         (202) 371-7000

                                                         Thomas J. Nolan
                                                         SKADDEN, ARPS, SLATE, MEAGHER
                                                           & FLOM LLP
                                                         300 South Grand Avenue
                                                         Los Angeles, CA 90071
                                                         (213) 687-5000

                                                         *Attorneys for Defendants CashCall, Inc.*
                                                         *and WS Funding, LLC*

**CERTIFICATE OF SERVICE**

        I, Ryan J. Kolbeck, hereby certify that on May 6, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Clerk of the United States District Court for the District of South Dakota, a copy of which will be served on the following counsel of record by the Clerk's CM/ECF system:

    Patrick R. Burns
    Christopher D. Jozwiak
    Joni M. Thome
    Shawn J. Wanta
    Ryan J. Kolbeck
    Martin Woodward
    Joseph L. Barloon
    Austin K. Brown
    Thomas J. Nolan
    patrick@burns-law.mn
    cjozwiak@baillonthome.com
    jmthome@baillonthome.com
    sjwanta@baillonthome.com
    ryan@waltnerkolbecklawfirm.com
    mwoodward@StanleyLawGroup.com
    austin.brown@skadden.com
    jbarloon@skadden.com
    thomas.nolan@skadden.com

                                                             /s/ Ryan J. Kolbeck
                                                             Ryan J. Kolbeck