UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION



FILED
MAY 2 0 2016

| | |
|---|---|
| CHAD MARTIN HELDT, CHRISTI W. JONES, SONJA CURTIS, AND CHERYL A. MARTIN, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED INDIVIDUALS;<br><br>Plaintiffs,<br><br>THOMAS BROWN, MONICA JOHNSON, MELINDA LONG, DEBERA GRANT, RENEE HOLMES, KEVIN HAYES, JAMES HAYES, LESLIE JAN LYDON, ELIZABETH JACKSON, ABRAHAM INETIANBOR, JAMES BINKOWSKI, JEFFREY MOORE, LISA WALKER, AND HERBERT WHITE,<br><br>Settlement Intervenors,<br><br>vs.<br><br>PAYDAY FINANCIAL, LLC, D/B/A LAKOTA CASH AND BIG SKY CASH; WESTERN SKY FINANCIAL, LLC, D/B/A WESTERN SKY FUNDING, WESTERN SKY AND WESTERNWKY.COM; AND, CASHCALL, INC.,<br><br>Defendants. | 3:13-CV-03023-RAL<br><br><br>ORDER RULING ON PENDING MOTIONS AND DISMISSING CASE |

On April 15, 2016, this Court entered an Order on Pending Motions, Doc. 144, addressing the then-pending motions: Intervenors' motion for discovery, Doc. 120; Defendants' motion to stay this case and return it to tribal court, Doc. 134; and Plaintiffs' notice of dismissal, Doc. 143. For the reasons explained in that Order on Pending Motions, this Court ordered briefing from all parties.

Following entry of that Order on Pending Motions, the two litigants from whom this Court had ordered briefing within 21 days and from whom this Court had not yet heard on the pending motions—Plaintiff Christi W. Jones (Jones) and the Settlement Intervenors—filed documents with this Court. Jones filed a Stipulation of Dismissal, Doc. 145, seeking dismissal of her claim with prejudice. The Settlement

1

Intervenors filed a brief, Doc. 146, with a number of attachments, which makes clear that the Settlement Intervenors do not oppose the voluntary dismissal of Plaintiff's Complaint in this uncertified class action litigation and provided argument and information to show that the rights of prospective class members are adequately protected through other litigation. This Court had granted 14 days for the remaining Plaintiffs and Defendants to reply, but there seems to be little point in awaiting such a reply when there exists no objection to or good reason to refuse dismissal of all claims. For good cause, it is hereby

ORDERED that the Complaint with respect to claims of Christi W. Jones is dismissed with prejudice and without taxations of costs and Doc. 145, construed as a Joint Motion to Dismiss, is granted. It is further

ORDERED that the Complaint as to Plaintiffs Chad Martin Heldt, Sonja Curtis, and Cheryl A. Martin is voluntarily dismissed by those Plaintiffs under Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. It is further

ORDERED that Intervenor's motion for discovery, Doc. 120, and Defendants' motion to stay this case and return to tribal court, Doc. 134, are both denied as moot in light of dismissal of the case.

DATED this 20th day of May, 2016.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE